# UNITED STATES BANKRUPTCY COURT
## Southern District of Texas

| | | |
|---|---|---|
| **In re** | ) | |
| | ) | Case No: 19-35133 (MI) |
| ALTA MESA RESOURCES, INC., *et al.*, | ) | Chapter:11 |
| Debtor(s). | ) | (Jointly Administered) |
| | ) | |
| MUSTANG GAS PRODUCTS, LLC, | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | Adv. No: 20-03114 |
| | ) | |
| BASIC ENERGY SERVICES, LP, *et al.*, | ) | |
| Defendant(s). | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

    Address of Clerk:        BANKRUPTCY COURT CLERK
                                       515 Rusk Street
                                       Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney.

Name and Address of Attorney for Plaintiff:

    Sidney K. Swinson
    Mark D.G. Sanders
    Mia Vahlberg
    Gable & Gotwals, P.C.
    100 W. 5th St., Ste. 1100
    Tulsa, OK 74103-4217

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*David J. Bradley, Clerk of Court*

Date:

*David J. Bradley, Clerk of Court*

Date: May 8, 2020

s/ H, Lerma

Signature of Clerk or Deputy Clerk

## CERTIFICATE OF SERVICE

I, Betsy Still, certify that I am, and at all times during the service of Simmons Petroleum, LLC process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made May 8, 2020 by:

☑ Mail service: First Class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law. The defendant was served pursuant to the laws of the State of name of state_ as follows: [Describe briefly]

**Under penalty of perjury, I declare that the foregoing is true and correct.**

May 11, 2020
Date

Signature

Print Name:
Business Address:
City, State, Zip:

Simmons Petroleum, LLC c/o Joshua N. Eppich
4200 Throckmorton St., Suite 1000
Forth Worth, Texas 76102-3727

{2123809;}