IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re** ) | | |
| ) | Case No: 19-35133 (MI) | |
| ALTA MESA RESOURCES, INC., *et al.*, ) | Chapter:11 | |
| Debtor(s). ) | (Jointly Administered) | |
| _____ ) | | |
| MUSTANG GAS PRODUCTS, LLC, ) | | |
| Plaintiff(s), ) | | |
| vs. ) | Adv. No: 20-03114 | |
| ) | | |
| OKLAHOMA ENERGY ) | | |
| ACQUISITIONS, LP, *et al.*, ) | | |
| Defendant(s). ) | | |

**JOINT REPORT FROM PARTIES RULE 7026(f) CONFERENCE**

On May 18, 2020, counsel for Plaintiff, Defendants Oklahoma Energy Acquisitions, LP ("OEA"), and Wells Fargo Bank, National Association, as Administrative Agent ("Wells Fargo"),[1] held a preliminary conference to discuss scheduling and other matters.

In view of Wells Fargo's pending Motion To Dismiss ("MTD") (Doc. No. 31) and for purposes of economy, the parties signing below have agreed that the Court should set a hearing and rule on the MTD before commencing formal discovery, and further agreed to abate the balance of the subject matter of the standard Rule 26(f) Report until after resolution of the MTD. To effectuate their agreement, the parties report that they have reached the following stipulations:

- o  Any Defendant who chooses may file a joinder to the MTD on or before May 29, 2020, provided, however, that such joinders may not raise any additional arguments in support of the MTD.

---

[1] Following this conference, Plaintiff attempted to contact each of the remaining defendants ("Statutory Lien Defendants"). Plaintiff received permission to file this report from the parties who are signatories below.  Plaintiff was unable to reach an attorney representing Defendants Tenaris Global Services, Simons Petroleum, Hamilton Engineering, or US Specialty Insurance Company.

{2132738;4}                                                                 1

o       Initial Disclosures and commencement of all discovery shall be stayed to a date that is fifteen (15) days after entry of an order on the MTD.

o       Responsive pleading deadlines for all non-Wells Fargo defendants shall be tolled and extended to a date that is fifteen (15) days after entry of an order on the MTD.

o       The parties request a mid-June hearing date for the MTD.

Respectfully submitted,

*/s/ Mia Vahlberg*
Sidney K. Swinson, (admitted *Pro Hac Vice*)
Mark D.G. Sanders, (admitted *Pro Hac Vice*)
Mia Vahlberg, (admitted *Pro Hac Vice*)
GABLEGOTWALS
1100 ONEOK Plaza
100 W. Fifth Street
Tulsa, OK  74103-4217
(918) 595-4800
(918) 595-4990 (fax)
*mvahlberg@gablelaw.com*
*msanders@gablelaw.com*

and

Kenneth H. Blakley, (admitted *Pro Hac Vice*)
Texas Bar No. 786457
Edinger Leonard & Blakley PLLC
6301 N. Western Avenue, Suite 250
Oklahoma City, OK 73118
(405) 848-8300
*KBlakley@elbattorneys.com*
**ATTORNEYS FOR PLAINTIFF**

*/s/Christopher Harris (with permission)*
Caroline A. Reckler,
(admitted *Pro Hac Vice*)
Illinois Bar No. 6275746
Christopher Harris
LATHAM & WATKINS LLP
330 N. Wabash Avenue
Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7663
*caroline.reckler@lw.com*
*christopher.harris@lw.com*

and

F Higgins, IV
Michael Shane Johnson
Aaron James Power
PORTER HEDGES LLP
1000 Main St, 36th Floor
Houston, TX 77002-6336
Telephone: (713) 226-6000
Fax : (713) 226-6248
*jhiggins@porterhedges.com*
*sjohnson@porterhedges.com*
*apower@porterhedges.com*
**ATTORNEYS FOR DEFENDANT OKLAHOMA ENERGY ACQUISITIONS, LP**


*/s/ Trey Wood (with permission)*
William A. (Trey) Wood III
Texas Bar No. 21916050
Jason G. Cohen
Texas Bar No. 24050435
BRACEWELL LLP
711 Louisiana, Suite 2300
Houston, TX 77002
Telephone: (713) 223-2300
Fax: (713) 221-1212
**ATTORNEYS FOR DEFENDANT WELLS FARGO, N.A.**

| | |
|---|---|
| */s/ Lysbeth L. George (with permission)* | */s/ John T. Richer (with permission)* |
| Lysbeth L. George, OBA No. 30562 | Steven W. Soulé, OBA No. 13781 |
| (admitted *Pro Hac Vice*) | John T. Richer, OBA No. 19554 |
| LAW OFFICE OF LIZ GEORGE, PLLC | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. |
| PO BOX 1375 | |
| 1019 N. Council, Suite. 3 | 320 S. Boston Ave., Suite 200 |
| Blanchard, OK 73010 | Tulsa, OK 74103-3706 |
| Telephone: (405) 689-5502 | Telephone: (918) 594-0400 |
| Fax: (405) 689-5502 | Fax: (918) 594-0505 |
| *liz@georgelawok.com* | *ssoule@hallestill.com* |
| **ATTORNEY FOR DEFENDANT STEVENS TRUCKING CO.** | *jricher@hallestill.com* |
| | **ATTORNEYS FOR DEFENDANT CATHEDRAL ENERGY SERVICES, INC. AND PANTHER DRILLING SYSTEMS LLC** |

and

Daniel V. Carsey
Texas Bar No. 24050386
Carson K. Glass, OBA No. 32783
Southern District No. 3479796
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2313
Fax: (405) 553-2855
*dcarsey@hallestill.com*
*cglass@hallestill.com*
**ATTORNEYS FOR DEFENDANT FIELDPOINT ENERGY SERVICES, LLC**

{2132738;4}                        4

*/s/Maria Bartlett (with permission)*
Maria M. Bartlett
Texas Bar No. 34087147
Zachary S. McKay
Texas Bar No. 24073600
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, TX 77084
Telephone: (281) 829-1555
Fax: (281) 200-0751
*mbartlett@dorelawgroup.net*
*zmckay@dorelawgroup.net*
**ATTORNEYS FOR DEFENDANTS
OIL PATCH GROUP, INC.,
RIG RUNNER, INC.,
BASIC ENERGY SERVICES, LP,
TETRA TECHNOLOGIES, INC.,
COMPLETE ENERGY SERVICES, INC.,
QES PRESSURE PUMPING, LLC,
HALLIBURTON ENERGY SERVICES, INC.,
SUMMIT ESP, LLC
FLOWCO PRODUCTION SOLUTIONS, LLC, and
BRONCO OILFIELD SERVICES, INC.**

{2132738;4}                                5