

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/08/2021

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 19-35133 |
| ALTA MESA RESOURCES, INC., *et al.*, | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| | § | |
| MUSTANG GAS PRODUCTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-3114 |
| | § | |
| WELLS FARGO, NATIONAL ASSOCIATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Consistent with the Court's Memorandum Opinion issued on this date, Wells Fargo Bank, N.A.'s "Motion for Summary Judgment" (ECF No. 52) and Mustang Gas Products, LLC's "Amended Motion for Leave to File Surreply" (ECF No. 65) are denied.

SIGNED 07/08/2021

Marvin Isgur
United States Bankruptcy Judge