IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO. 19-35133 |
| ALTA MESA RESOURCES, INC., *et al.*, | | CHAPTER 11 |
| Debtors. | | |
| MUSTANG GAS PRODUCTS, LLC, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | ADVERSARY NO. 20-3114 |
| WELLS FARGO, NATIONAL ASSOCIATION, *et al.*, | | |
| Defendants. | | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant

1. Name of appellant:  Mustang Gas Products, LLC

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☑ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other describe)_____ | ☐ Trustee |
| | ☐ Other (describe)_____ |

### Part 2: Identify the subject of this appeal

1. Describe the judgment – or the appealable order or decree – from which the appeal is taken:

Judgment (ECF No. 124) and Memorandum Opinion (ECF No. 123) granting Defendants Wells Fargo, National Association's and Tribolet Advisors, LLC's Motion for Summary Judgment (ECF No. 85).

Official Form 417A          Notice of Appeal and Statement of Election          Page 1

2.	State the date on which the judgment – or the appealable order or decree was entered: <u>July 25, 2024</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment – or the appealable order or decree – from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys:

| | | |
|---|---|---|
| 1. | Mustang Gas Products, LLC | Kenneth H. Blakley (TX Bar No. 786457)<br>BLAKLEY LAW PLLC<br>6301 N. Western Ave., Ste. 220<br>Oklahoma City, OK 73118<br>405.202.2113<br>Ken@Blakley-Law.com<br>　　　AND<br>Mark D.G. Sanders (OBA No. 8804)<br>GABLE & GOTWALS, P.C.<br>110 N. Elgin Ave., Ste. 200<br>Tulsa, OK 74120<br>918.595.4800<br>MSanders@GableLaw.com |
| 2. | Wells Fargo, N.A. | William A. (Trey) Wood, III (TX 21916050)<br>Jason G. Cohen (TX Bar No. 24050435)<br>BRACEWELL LLP<br>711 Louisiana, Ste. 2300<br>Houston, TX 77002<br>713.223.2300<br>Trey.Wood@Bracewell.com<br>Jason.Cohen@Bracewell.com |
| 3. | Tribolet Advisors, LLC | James T. Grogan (TX Bar No. 24027354)<br>Schlea M. Thomas (TX Bar No. 24131710)<br>PAUL HASTINGS LLC<br>600 Travis St., 58th Floor<br>Houston, TX 77002<br>713.860.7300<br>JamesGrogan@PaulHastings.com<br>SchleaThomas@PaulHastings.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Kenneth H. Blakley                                    Date: 8/7/2024
Signature of attorney for appellant

Name, address, and telephone number of attorney:

Kenneth H. Blakley (TX Bar No. 786457)
BLAKLEY LAW PLLC
6301 N. Western Ave., Ste. 220
Oklahoma City, OK 73118
405.202.2113
Ken@Blakley-Law.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]