UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § § | |
| Alta Mesa Resources, Inc., et al. | § § | Bankruptcy Case No. 19-35133 |
| Debtor. | § § | |
| ------------------------------------------------- | § | |
| Mustang Gas Products, LLC, | § § | |
| Plaintiff-Appellant | § § | Bankruptcy Adv. No. 20adv03114 |
| v. | § § | |
| Wells Fargo Bank, National Association, *et al.*, | § § § § | Civil Action No. 4:25-cv-02977 |
| Defendant-Appellees. | § | |

**PLAINTIFF-APPELLANT'S**
**DESIGNATION OF RECORD ON APPEAL**

Appellant Mustang Gas Products, LLC for its designation of record on appeal provides the following designations: *See* Fed. R. Bankr. P. 8009.

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 04/28/2020 | 1 | Complaint (Adversary Case 20-03114) |
| 06/22/2020 | 41 | Motion / AMH Plan Administrator's Motion to Change Parties Filed by Tribolet Advisors LLC |
| 07/02/2020 | - | Courtroom Minutes |
| 07/06/2020 | 47 | Transcript RE: Telephonic Motion Hearing held on July 2, 2020 |
| 07/07/2020 | 48 | Notice of Filing of Official Transcript (RE: Doc. No. 47) |
| 07/14/2020 | 51 | Order Granting the AMH Plan Administrator's Motion to Substitute Parties (RE: Doc. No. 41) |
| 07/16/2020 | 52 | Motion for Summary Judgment Filed by Wells Fargo Bank N.A. |
| 07/30/2020 | - | Courtroom Minutes |
| 08/04/2020 | 56 | Transcript RE: Telephonic Motion Hearing held on July 30, 2020 |
| 08/05/2020 | 57 | Notice of Filing of Official Transcript (RE: Doc. No. 56) |
| 09/25/2020 | 60 | Objection to Joint Motion for Summary Judgment (RE: Doc. No. 52), including Exhibits 60-1 to 60-7 Filed by Mustang Gas Products, LLC |
| 10/02/2020 | 62 | Reply in Support of Joint Motion for Summary Judgment (RE: Doc. No. 52), Filed by Wells Fargo Bank, N.A. |

| Date | Doc. No. | Description |
|---|---|---|
| 07/08/2021 | 71 | Memorandum Opinion (RE: Doc. No. 52) |
| 07/08/2021 | 72 | Order Denying Motion for Summary Judgment |
| 07/22/2021 | 75 | Answer to Complaint (RE: Doc. No. 1) Filed by Wells Fargo Bank, N.A. |
| 07/22/2021 | 76 | Motion to Reconsider (RE: Doc. No. 71 and Doc. No. 72) Filed by Wells Fargo Bank, N.A. |
| 07/23/2021 | 78 | Answer to Complaint (RE: Doc. No. 1) Filed by Tribolet Advisor, LLC |
| 08/12/2021 | 83 | Objection to Motion to Reconsider (RE: Doc. No. 76) Filed by Mustang Gas Products, LLC |
| 08/23/2021 | 84 | Reply in Support of Motion to Reconsider the Court's Denial of Defendant's Motion for Summary Judgment (RE: Doc. No. 76) Filed by Tribolet Advisors, Wells Fargo Bank N.A. |
| 10/08/2021 | 85 | Motion for Summary Judgment, including Exhibits 85-1 to 85-16 Filed by Tribolet Advisors LLC, Wells Fargo Bank, N.A. |
| 10/18/2021 | 86 | Emergency Motion for Enlargement of Time to Respond Filed by Mustang Gas Products, LLC |
| 10/19/2021 | 87 | Order Granting Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Joint Motion for Summary Judgment (RE: Doc. No. 86) |
| 06/22/2023 | 101 | Memorandum Opinion Partially Reconsidering Prior Decision (RE: Doc. No. 76) |
| 07/06/2023 | 103 | Joint Emergency Motion for (I) Status Conference and (II) Entry of Proposed Scheduling Order Filed by Mustang Gas Products, LLC, Tribolet Advisors LLC, Wells Fargo Bank, N.A. |
| 07/07/2023 | 104 | Scheduling Order (RE: Doc. No. 103) |
| 10/02/2023 | 106 | Response in Opposition to Motion for Summary Judgment (RE: Doc. No. 85), including Exhibits 106-1 to 106-7 Filed by Mustang Gas Products, LLC |
| 10/03/2023 | 107 | Supplemental Response in Opposition to Motion for Summary Judgment (RE: Doc. No. 85), including Exhibits 107-1 to 107-6 Filed by Mustang Gas Products, LLC |
| 10/12/2023 | 108 | Agreed Emergency Motion for Leave to File Two Exhibits to Response to Defendant's Second Motion for Summary Judgment Filed by Mustang Gas Products, LLC |
| 10/13/2023 | 109 | Order Granting Plaintiff's Agreed Emergency Motion for Leave to File Two Exhibits to Response to Defendant's Second Motion for Summary Judgment and One Day Extension for Reply (RE: Doc. No. 108) |
| 10/17/2023 | 111 | Reply in Support of Joint Motion for Summary Judgment (RE: Doc. No. 85), including Exhibit 111-1 Filed by Tribolet Advisors LLC, Wells Fargo Bank, N.A. |
| 10/31/2023 | 113 | Courtroom Minutes (RE: Doc. No. 85) |
| 11/07/2023 | 117 | Transcript RE: Motion for Summary Judgment held on October 31, 2023 |

| | | |
|---|---|---|
| 11/08/2023 | 118 | Notice of Filing of Official Transcript (RE: Doc. No. 117) |
| 11/14/2023 | 120 | Joint Brief (RE: Doc. No. 85) Filed by Wells Fargo Bank, N.A. |
| 11/14/2023 | 121 | Supplement Brief (RE: Doc. No. 106) Filed by Mustang Gas Products, LLC |
| 07/25/2024 | 123 | Memorandum Opinion (RE: Doc. No. 117, Doc. No. 120, and Doc. No. 121) |
| 07/25/2024 | 124 | Judgment |
| 08/07/2024 | 127 | Notice of Appeal (RE: Doc. No. 123 and Doc. No. 124) |
| 08/07/2024 | 128 | Election to Appeal to District Court |
| 08/09/2024 | 129 | Clerk's Notice of Filing of an Appeal (RE: Doc. No. 127) |

Respectfully Submitted:

*/s/: Kenneth H. Blakley*
Kenneth H. Blakley (Texas No. 786457)
BLAKLEY LAW PLLC
6301 N. Western Ave., Ste. 220
Oklahoma City, OK 73118
405.202.2113
Ken@Blakley-Law.com
       AND
Mark D.G. Sanders (Oklahoma No. 8804)
GABLE & GOTWALS, P.C.
110 N. Elgin Ave., Ste. 200
Tulsa, OK 74120
918.595.4800
MSanders@GableLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*/s/: Kenneth H. Blakley*